## Commonwealth ex rel. Ricks, Appellant, *v.* Maroney.

Argued November 14, 1961. Before Ervin, Wright, Woodside, Watkins, Montgomery, and Flood, JJ. (Rhodes, P. J., absent).

*John W. Ricks,* appellant, in propria persona, submitted a brief.

*William F. Caruthers,* Assistant District Attorney, with him *Richard E. McCormick,* District Attorney, for appellee.

OPINION PER CURIAM, December 14, 1961:

The decree of the Court of Common Pleas of Westmoreland County is affirmed on the opinion of President Judge JOHN M. O'CONNELL for the court below, reported at 25 Pa. D. & C. 2d 761.